FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 DEC -4 AM 9: 40

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERROL ANTHONY ROY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-6814** |
| **ORLEANS PARISH SHERIFF'S OFFICE, ET AL.** | **SECTION: "D"(3)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation filed by the plaintiff on November 25, 2009, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED** as malicious pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1). **IT IS FURTHER ORDERED** that his claims are **DISMISSED WITHOUT PREJUDICE** to their prosecution in Civil Action No. 09-6794 "D"(4).

New Orleans, Louisiana, this ___3___ day of _____, 2009.



UNITED STATES DISTRICT JUDGE